FILED
JUL - 5 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STATEMENT OF FACTS

CR 17-132 (AJL)

This event occurred on July 4, 2017 at approximately 12:12 a.m. at 1600 Pennsylvania Ave. N.W., the White House, Washington D.C.

Secret Service Uniformed Division Officer Bradley Watson ("Officer Watson"), while in full U.S. Secret Service police uniform, was walking an established foot beat on Lower East Executive Avenue in the restricted area of the White House grounds and heard another Secret Service officer advise over the radio that there was a fence jumper running north along the east side of the south fence line. Officer Watson saw a caucasian female, later identified as Alicia Christine Keppler ("Keppler"), in the restricted area described by the officer on the radio. The area is bound by bike racks/police barriers with labels stating "Restricted Area, Do Not Enter." Officer Watson stopped Keppler and told her to get down on the ground. Keppler did not comply and proceeded to separate the bike racks and advance towards Officer Watson. Officer Watson grabbed Keppler and took her to the ground.

The United States Secret Service determined, through officer witnesses and surveillance video, that Keppler came through a closed gate marked with "Area Closed, Police Line Do Not Cross" signage, ran north bound across E St. and jumped over a bike rack marked with the same signage. Keppler was then apprehended by Officer Watson in the intersection of East Executive Ave. and Alexander Hamilton Place.

Keppler refused to identify herself to the officers and would not answer any identifying questions. While at the Metroploitan Police Department ("MPD") Second District station, Keppler again refused to identify herself and refused to be "Live Scanned" for identification by MPD Second District Officers. Keppler did not have any identification on her person, but some of the Secret Service officers on the scene recognized Keppler from myriad prior unlawful entry incidents at the White House Complex.

Specifically, on March 22, 2016, Keppler jumped over a bicycle rack security fence and ran towards the White House. During that incident, Keppler claimed she lived at the White House. Items in her backpack included a bus ticket, a revoked South Carolina concealed weapons permit, a spiral notebook with letters written to an individual named "James," and the Gettysburg Address. The writings in the notebook did not indicate a motive for the White House penetrations, however, near the end of the writings Keppler mentioned visiting the White House and thoughts of suicide. In addition, the notebook contained writings about a friend who was incarcerated and other non-sensical ramblings.

During the March 22, 2016, incident Keppler claimed she had been raped and traveled to Washington, D.C. to get answers. Keppler's brother advised she had used methamphetamine, oxycodone, marijuana, and possibly heroin.

Keppler was arrested and released in the March 22, 2016, incident, and just six days later, on March 28, 2016, Keppler returned to the White House, in violation of a court order, and attempted to enter the White House Easter Egg Roll on the South Lawn of the White House. Keppler had a wrist band for a 12:30 p.m. time slot, but was not in possession of a ticket. When confronted, Keppler became aggressive and tried to push past the officers. Keppler was arrested for contempt of court and unlawful entry based on the stay away order she received on March 22, 2016.

On March 29, 2016, Keppler's stay away order was amended to encompass the entire District of Columbia, with exceptions for court appearances and meetings with her attorney.

On March 31, 2016, just two days after being ordered to stay away from the District of Columbia, Keppler returned to the White House and was arrested for contempt of court. On April 15, 2016, Keppler was released from custody and placed in a halfway house. On July 4, 2016, Keppler again returned to the White House and claimed she was there to watch the fireworks. That same day, Keppler returned to the White House, attempted to penetrate a secure area, and was again arrested by the United States Secret Service for unlawful entry.

In February 2016, officers contacted Keppler's brother who stated that he last visited his sister in Greenville, S.C. in February 2016. He tried assisting his sister with her substance abuse problem by taking her to Greenville Memorial Hospital ("GMH"). However, GMH does not have a psychiatric unit for treatment. The brother advised that Keppler, a serious and chronic drug addict, had been living in a homeless shelter and with various friends.

Officers also conducted an interview of one of Keppler's friends who stated that he met Keppler in October 2015 through her ex-boyfriend. He claimed Keppler was clean and had a job when they met. However, the friend stated that Keppler became addicted to drugs and that he believed that her mental health issues are due to chronic drug use. The friend stated that during one visit, while he was incarcerated, Keppler stared at the ceiling and discussed aliens.

In July 2016, Keppler pled guilty in 2016CMD004298 to Unlawful Entry related to being unlawfully present at the White House Complex. In July 2016, Keppler also pled guilty in 2016CMD004634 to Contempt for returning to the White House Complex in violation of a court order.

On July 4, 2017, when Keppler was being processed at the MPD Second District station for her latest unlawful entry of the White House grounds which forms the basis of this arrest warrant, officers reviewed prior arrest photos of Keppler and were able to identify Keppler from those photos. In addition, when Keppler was transported to the Central Cellblock, she was identified through her fingerprints.

_____
Bradley Watson
Uniformed Division Officer, United States Secret Service

Sworn and subscribed to me before this ___5th___ day of July 5, 2015.

_____
Deborah A. Robinson
United States Magistrate Judge

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CCN #: 16049210
## Arrest Number: 491610018
## GERSTEIN AFFIDAVIT
### District of Columbia
### vs
## KEPPLER, ALICIA CHRISTINE

Officer KOENIG, BRYAN, CAD# U10364, personally appeared on 03/31/2016
and under penalty for making a false statement, set forth the below statement regarding the named defendant as true and/or as based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occurred on 03/31/2016 at approximately 10:51 at WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20500

---

Event occurred Thursday March 31, 2016 at approximately 1051 hours in the 1600 Block of Pennsylvania Ave NW Washington D.C.

While operating a marked Secret Service cruiser, AO (Ofc. B. Koenig #1072), observed an individual that matched a lookout who had a stay way order for the area surrounding the White House complex. AO approached OF1 and asked for a name. OF1 (Keppler, Alicia, DOB 1/27/1985) answered and gave a name by word of mouth. OF1's name matched the lookout. AO requested a name check on OF1 and to confirm with pre-trial service that OF1 had an active stay away. OF1 returned clear, but had an active Stay Away order from the White House, 1600 Pennsylvania Ave. NW Washington D.C. The Stay Away order was issued by Judge William M. Jackson on 3/23/2016. OF1 was subsequently arrested for 'Contempt of Court.'

OF1 was transported to MPD 2nd District for processing.

At 1208 hours, OF1 was advised of her Miranda rights.

Prisoner property was placed on the books at MPD 2nd District.

---

KOENIG, BRYAN (03/31/2016) E-SIGNATURE      GREGORY, VINCENT / U07601 (03/31/2016) E-SIGNATURE

Police Officer      Witness / Assistant Attorney General for the District of Columbia

KOENIG, BRYAN / U10364 / U10364      GREGORY, VINCENT / U07601

Printed Name / Badge# / CAD#      Printed Name of Witness /
Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## KEPPLER, ALICIA CHRISTINE
### CCN #: 16110428
### Arrest Number: 491623388

The event occurred on 07/04/2016 at approximately 21:55 at AMERICAN RED CROSS COMPASSION CENTER, 430 17TH STREET NW, WASHINGTON, DC 20006

---

ON MONDAY, JULY 4, 2016 AT APPROXIMATELY 2115 HOURS. AO ( YAPI, ALAIN BADGE # 0690) WHO WAS ON PATROL IN FULL POLICE UNIFORM WAS FLAGGED DOWN BY W1 (FLORES CRUZ, MARIA). W1 ADVISED THAT OF1 ( KEPPLER, ALICIA) JUMPED OVER THE SECURITY BARRIER AND WAS CRAWLING THROUGH THE GRASS IN THE PORTION OF THE PARK LOCATED SOUTH OF THE CORNER OF 17TH STREET NW AND E STREET NW. AO CANVASSED THE AREA AND LOCATED OF1 CRAWLING IN THE GRASS. OF1 GOT UP AND STARTED RUNNING TOWARDS THE ENTRY POST LOCATED BETWEEN THE ZERO (0) MILESTONE AND THE CORNER OF 17TH STREET NW AND E STREET NW. AO ENGAGED IN A FOOT PURSUIT AND PUT OF1 INTO CUSTODY. OF1 WAS SEARCHED BY AAO2 (SHIHADEH, JENNIFER BADGE # 1767) FOR WEAPONS WHICH RETURNED WITH NEGATIVE RESULT. CS ( HADZIMA, ERIC BADGE #22) RESPONDED TO THE SCENE TO TAKE PHOTOS OF THE AREA OF THE SECURITY BARRIERS WHERE OF1 ENTERED THE SECURED AREA.

AAO1( GREBAS, JAMES BADGE #1222) RESPONDED TO THE SCENE AND IDENTIFIED OF1 AS THE INDIVIDUAL HE ENCOUNTERED IN THE EARLIER PART OF THE AFTERNOON FOR POSSIBLE VIOLATION OF A STAY AWAY ORDER. DURING THAT EARLIER ENCOUNTER, AN NCIC/ WALES AND ID CHECK OF OF1 THROUGH THE JOINT OPERATION CENTER WHICH RETURNED CLEAR. OF1 WAS NO LONGER BOUND BY A STAY AWAY ORDER.

AT 2155 HOURS, OF1 WAS PLACED UNDER ARREST BY AO FOR UNLAWFUL ENTRY IN THE 400 BLOCK OF 17TH STREET NW.

OF1 WAS TRANSPORTED TO MPDC 2ND DISTRICT FOR PROCESSING.

OF1'S PROPERTY WAS PLACED ON THE BOOK AT MPDC 2ND DISTRICT BOOK# 2409, PAGE #147

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 07/05/2016

| YAPI, ALAIN / U10372 / U10372 (07/05/2016) E-SIGNATURE | LAZAS, JAMES / U07801 (07/05/2016) E-SIGNATURE |
|---|---|
| Police Officer / Badge# / CAD# | Unit    Witness / Deputy Clerk |

| YAPI, ALAIN / U10372 / U10372 | LAZAS, JAMES / U07801 |
|---|---|
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## KEPPLER, ALICIA CHRISTINE
### CCN #: 16043942
### Arrest Number: 491609009

The event occurred on 03/22/2016 at approximately 16:31 at WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20500

---

The event occurred on Tuesday, March 22, 2016 at approximately 16:31 hours on the southwest side of 1600 Pennsylvania Avenue, NW, Washington, DC.

While walking a footbeat along the 1600 Block of State Place AO (Shihadeh #1767) heard the AAO (Leadmon #1756) yell to OF-1 (Later identified as Keppler, Alicia, Christine by word of mouth) that OF-1 was not allowed in the area which OF-1 was attempting to enter. At that time OF-1 continued and jumped the security barrier, which is clearly marked "RESTRICTED AREA DO NOT ENTER," on the South West Corner of the South Fenceline of the White House.

AO observed OF-1 running north along the fenceline inside the restricted area towards the South West Gate of the White House Complex. AO began running towards OF-1 and told OF-1 to stop and drop her bag. OF-1 stated "I live here." AO removed the bag from OF-1 and placed OF-1 in custody.

OF-1's bag was declared suspicious and appropriate closures were put into affect.

OF-1 was placed under arrest for Unlawful Entry and transported to MPDC 2ND District for processing where she was advised of her rights. OF-1 refused signature on her rights card.

OF-1's bag was declared safe at 18:31 hours.

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this 03/22/2016

**SHIHADEH, JENNIFER / U12277 / U12277 (03/22/2016) E-SIGNATURE**

| Police Officer / Badge# / CAD# | Unit | Witness / Deputy Clerk |
|---|---|---|

**SHIHADEH, JENNIFER / U12277 / U12277**

| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |
|---|---|

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

Pg. 1 of 1

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### UNITED STATES
### VS
### KEPPLER, ALICIA CHRISTINE
CCN #: 16047624
Arrest Number: 491609701

The event occurred on **03/28/2016** at approximately **14:41** at **WHITE HOUSE, 1600 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20500**

---

THE EVENT OCCURRED ON MONDAY, MARCH 28, 2016 AT APPROXIMATELY 14:30 HOURS ON THE SOUTH GROUNDS ROADWAY OF 1600 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC.

WHILE STANDING A FIXED POST FOR THE 2016 ANNUAL EASTER EGG ROLL AO (HARRIS #1682) WAS APPROACHED BY OF-1 A CAUCASIAN FEMALE (LATER IDENTIFIED AS KEPPLER, ALICIA, CHRISTINE BY SOUTH CAROLINA CONCEAL CARRY PERMIT) WHO STATED SHE HAD AN APPOINTMENT FOR THE WHITE HOUSE. AO TOLD OF-1 TO STEP BACK INTO THE GRASS AREA AT WHICH TIME SHE DROPPED HER BACK PACK AND STARTED PACING BACK AND FORTH. OF-1 SUDDENLY TRIED TO RUN PAST AO TOWARD THE WHITE HOUSE, AT WHICH TIME AO GAVE THE COMMAND, "STOP", " GET ON THE GROUND". OF-1 WAS TACKLED, APPENDED AND THEN PLACED INTO CUSTODY. AAO1 ( RICCIARDI, A. #847) SOUTH GROUNDS EMERGENCY RESPONSE TECHNICIAN IMMEDIATELY RAN OUT OF AN ADJACENT POST TO ASSIST IN DETAINMENT OF THE INDIVIDUAL. OF-1 AND HER BAG WAS THEN RELOCATED TO THE REAR OF THE POST AND SEARCHED BY AAO2 (STASIUK, A. #0544).

AFTER THE INITIAL SEARCH OF OF-1, AO WAS TOLD OF-1 HAD AN ACTIVE STAY AWAY ORDER AND WAS LAST ARRESTED ON 3/24/2016 FOR UNLAWFUL ENTRY (CCN# 16043942) AT THE WHITE HOUSE COMPLEX. OF-1 WAS THEN RELOCATED TO THE SOUTH EAST GATE FOR TRANSPORT BY AWAITING TRANSPORT VEHICLE. OF-1 SUDDENLY BEGAN SCREAMINMG " GET THE FUCK OFF ME" "DON'T FUCKING TOUCH ME" AND BEGAN KICKING HER LEGS AND FLAILING ARMS WHILE HANDCUFFED WHILE A SECOND SEARCH BY AAO2 WAS BEING CONDUCTED.

AAO3 ( SCHMIDT, R. #1649) AND AAO4 (LANGAN, S. #1629) ASSISTED IN RESTRAINING OF-1 UNTIL MEDIC 5 ARRIVED ON SCENE FOR EVALUATION.

OF-1 WAS PLACED UNDER ARREST FOR UNLAWFUL ENTRY AND CONTEMPT OF COURT AND WAS TRANSPORTED TO GEORGE WASHINGTON HOSPITAL FOR FURTHER EVALUATION.

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **03/28/2016**

| HARRIS, RASHAD / U12022 / U12022 (03/28/2016) E-SIGNATURE | | KELLS, ANDREW / U07742 (03/28/2016) E-SIGNATURE |
|---|---|---|
| Police Officer / Badge# / CAD# | Unit | Witness / Deputy Clerk |

| HARRIS, RASHAD / U12022 / U12022 | KELLS, ANDREW / U07742 |
|---|---|
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

Pg. 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 0 5 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>v. | : <br> : <br> : <br> : <br> : <br> : <br> : | CRIMINAL NO.<br>VIOLATIONS:<br><br>(18 U.S.C. 1752(a)(1)<br>(Entering or Remaining in Restricted Building or Grounds) |
| ALICIA C. KEPPLER<br>Defendant. | : <br> : <br> : | Case: 1:17-cr-00132<br>Assigned To : Leon, Richard J.<br>Assign. Date : 7/5/2017<br>Description: Information A |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about July 4, 2017, in the District of Columbia, the defendant, **ALICIA C. KEPPLER**, did knowingly enter and remain in a restricted building and grounds, that is, the White House grounds, without lawful authority to do so.

**(Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

CHANNNG D. PHILLIPS
United States Attorney

BY: _____

ARI B. REDBORD
Assistant United States Attorney
D.C. Bar 476998
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7018
ari.redbord@usdoj.gov

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By_____ Deputy Clerk 7/5/17

AO 442 (Rev 01/09) Arrest Warrant

**FILED**

## UNITED STATES DISTRICT COURT
for the
District of Columbia

JUL 06 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
Alicia C. Keppler

_____
*Defendant*

)
)
)
)
)
)

Case: 1:17-cr-00132
Assigned To : Leon, Richard J.
Assign. Date : 7/5/2017
Description: Information A

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alicia C. Keppler ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1) (Entering or Remaining in Restricted Buildings or Grounds)

Date: 07/05/2017

_____
*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge Deborah A. Robinson
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7-6-17 , and the person was arrested on *(date)* 7-6-17 at *(city and state)* Washington DC . |
| Date: 7-6-17   OCC. Watson, Bradley USSS by /1-A/1- *Arresting officer's signature* |
| OUSM Neuth, Nathan. A *Printed name and title* |